```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

KATHLEEN HOFFERICA          :        CIVIL ACTION
                            :
       v.                   :
                            :
ST. MARY MEDICAL CENTER     :        NO. 10-6026

ORDER

AND NOW, this 20th day of September, 2011, upon consideration of plaintiff's amended complaint (docket entry # 10), defendant's motion to dismiss the amended complaint in part (docket entry # 12), plaintiff's response in opposition to defendant's motion (docket entry # 13), and defendant's reply in support of its motion (docket entry # 16), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendant's motion to dismiss the amended complaint in part (docket entry # 12) is GRANTED IN PART;

      2.   Count II of the amended complaint is DISMISSED insofar as it asserts claims for interference with plaintiff's right to reinstatement under the Family Medical Leave Act; and

      3.   By October 4, 2011, plaintiff may SUBMIT a brief to the Court (not to exceed ten pages) that explains why she has

succeeded in stating a claim for interference with her right to individualized notice under the Family Medical Leave Act.

BY THE COURT:

\_\_\s\Stewart Dalzell