```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN HOFFERICA              :        CIVIL ACTION
                                :
     v.                         :
                                :
ST. MARY MEDICAL CENTER         :        NO. 10-6026
```

ORDER

AND NOW, this 18th day of November, 2011, upon consideration of plaintiff Kathleen Hofferica's amended complaint (docket entry # 10), defendant St. Mary Medical Center's motion to dismiss the amended complaint in part (docket entry # 12), plaintiff's response in opposition to defendant's motion (docket entry # 13), defendant's reply in support of its motion (docket entry # 16), our September 20, 2011 Memorandum (docket entry # 18), and plaintiff's supplemental memorandum in opposition to defendant's motion (docket entry # 19), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendant's motion to dismiss the amended complaint in part (docket entry # 12) is GRANTED IN PART;

      2.   Count II of the amended complaint is DISMISSED insofar as it asserts claims for interference with plaintiff's right to notice under the Family Medical Leave Act; and

      3.   Plaintiff is GRANTED LEAVE to FILE any motion to amend the complaint if she can do so conformably with Fed. R.

Civ. P. 11 and by December 9, 2012.

BY THE COURT:


\_\_\s\Stewart Dalzell